# UNITED STATES DISTRICT COURT
for the
Southern District of California

_____ Division



**FILED**
Oct 01 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ Julieo      DEPUTY

| | | |
|---|---|---|
| Mary-Elizabeth Johnson | ) | Case No. '19CV1888 AJB MDD |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) | |
| Athenix Physicians Group, Inc.'s James Haefner & David Fellows, M.D. | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mary-Elizabeth Johnson |
| Street Address | 4790 Irvine Blvd #105-512 |
| City and County | Irvine, CA |
| State and Zip Code | 92620 |
| Telephone Number | 650-440-0581 |
| E-mail Address | vica.aciv@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Athenix Physicians Group, Inc., James M. Haefner
    Job or Title *(if known)*: CEO
    Street Address: 65 Enterprise, Suite 125
    City and County: Aliso Viejo, Orange County
    State and Zip Code: CA 92656
    Telephone Number: 949-600-9931
    E-mail Address *(if known)*:

Defendant No. 2

    Name: David Fellows, M.D.
    Job or Title *(if known)*: Plastic Surgeon
    Street Address: 113 Waterworks Way Suite 300
    City and County: Irvine, Orange County
    State and Zip Code: CA 92618
    Telephone Number: 949-203-2748
    E-mail Address *(if known)*:

Defendant No. 3

    Name: Mark Poliquin
    Job or Title *(if known)*: Attorney
    Street Address: 22972 Mill Creek Drive
    City and County: Laguna Hills, Orange County
    State and Zip Code: CA, 92653
    Telephone Number: 949-716-8230
    E-mail Address *(if known)*:

Defendant No. 4

    Name: Trevor Loo
    Job or Title *(if known)*: Attorney
    Street Address: 120 Newport Beach
    City and County: Newport Beach, Orange County
    State and Zip Code: CA, 92660
    Telephone Number: 949-269-3267
    E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FRAUD ON THE COURT Rule 60(d)(3)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4,250,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff's evidence shows intentional fraudulent conduct specifically directed at the court carried out in two specific ways. Trial and Medical Records. Evidence shows that (1) Trial: A Trial was unnecessary, the defense does not have triable defense issues or defense evidence to support the need for a Trial; the court system was manipulated and used throughout this case -- now giving "the appearance of a Trial", easily referenced and regarded as justice was served. (2) Medical Records: Parties intentionally prevented Plaintiff's Medical facts, the records and testimony, that support her cause of actions.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Vacate the Judgment and set for New Trial or reverse the judgment, Judgement in favor of the Plaintiff
Total Damages: $4,250,000.00

Medical Record and all evidence will remain Medical Records subpoenaed and authenticated in case prior to Trial. Any new Medical information required will only be acceptable by current tests taken after the date of this filing, since Plaintiff's condition is ongoing.

1. Past Medical Expenses, Medi-Cal adjusted rates: $ 36,157.07 +
2. Past Lost Wages: $ 137,665.00
3. Present and Future Adaptive devices – Compression and equipment: $ 172,080.00
4. Future Medical Expenses: $ 1,547,902.07
5. Future Loss of Previous Earning Capacity: $ 775,000.00
6. Pain and Suffering: $ 250,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/1/19

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Mary-Elizabeth Johnson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Defendant No. 5

| Name | Elizabeth Flatley |
|---|---|
| Job or Title (if known) | Attorney |
| Street Address | 22972 Mill Creek Drive |
| City and County | Laguna Hills, Orange County |
| State and Zip Code | CA, 92653 |
| Telephone Number | 949-716-8230 |
| E-mail Address | |

Defendant No. 6

| Name | Hon. Judge Theodore Howard |
|---|---|
| Job or Title | Superior Court Judge |
| Street Address | CJC, C18 700 W Civic Center Dr, |
| City and County | Santa Ana, Orange County |
| State and Zip Code | CA, 92701 |
| Telephone Number | (657) 622-5218 |
| E-mail Address | |

Defendant No. 7

| Name | Hon Judge Craig Griffin |
|---|---|
| Job or Title | Superior Court Judge |
| Street Address | NJC, N05 1275 North Berkeley Avenue |
| City and County | Fullerton, Orange County |
| State and Zip Code | CA, 92832 |
| Telephone Number | (657) 622-5605 |
| E-mail Address | |

Defendant 8

| Name | Ahsan Rashid M.D. |
|---|---|
| Job or Title | Medical Doctor |
| Street Address | 113 Waterworks Way, Suite 250 |
| City and County | Irvine, Orange County |
| State and Zip Code | CA, 92618 |
| Telephone Number | |
| E-mail Address | |

## STATEMENT OF CLAIM

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## I. INTENTIONAL FRUAD (Ex. 3):

Demonstrating (1) Intentional fraud (2) By an officer of the court (3) Which is directed at the court itself; and in fact, deceives the court:

Filed April 7, 2016 Civil Unlimited: 30-2017-00913425-CU-MM-CJC. The following is only obvious now in hindsight. Plaintiff also finds out that the parties involved all know one another. Fraud and Corruption includes: The Defendant's Attorneys are **Poliquin & DeGrave, who make their entire case in 1st Motion for Summary Judgement before receiving any Medical Records from Plaintiff, then their position/case remains the same throughout entire case. (planned/ intentional),** they make repeated declaration to the falsified records for their only defense, ignore/inhibit actual Medical Record evidence, allow forgery/perjury. Plaintiff's Attorney **Trevor Loo**, makes sure she doesn't send Medical Records to Defendants before 1st Motion for Summary Judgment was filed; delays all discovery (no authenticated medical records or medical expert (I gave $ for Expert retainer)) during 7 months worked, sets trial date 6 months out, then 2 months before trial and the day he dumps my case, divulges 15 year professional relationship to Attorney Elizabeth Flatley who appeared for Poliquin & DeGrave; coaches Plaintiff not to talk to Attorneys or Vascular Surgeon Expert or Plastic Surgeon Expert she provided; says doesn't know answers how to proceed, but tells all answers the day he abandons case, i.e. type of expert needed, retainer amounts. Then **Judge**

2

**Theodore Howard**, adds to building number of hearings, denied 14 motions to get an Attorney & Expert; grants calendaring defendants improperly noticed 2nd MSJ; moves dates against laws, denies Plaintiffs written Motion for continuance for Attorney, same hearing grants Defendants verbal motion to continue to take a month long vacation; forces into Trial in 3 weeks with no Attorney or Expert, Grants leave for expert for 2 days; 5 months in, divulges receiving campaign contributions from Poliquin & DeGrave and a long-standing relationship with Attorney Mark Poliquin, file Challenge, but won't recuse himself. Last, **Judge Craig Griffin** at "appearance of a trial", did not allow any of Plaintiffs evidence or witnesses, then granted a Non-Suit saying Plaintiff didn't have any evidence or witnesses. Order relies only on the same false record Poliquin & DeGraves used in the beginning. **Dr. Ahsan Rashid** allegedly intentionally prepared that false Medical Records for Athenix and Dr. Fellows to be used in the lawsuit; by ordering excessive medical tests on every organ and orifice of Plaintiff when in hospital for injuries from Tummy Tuck. Falsifying by writing severe, deadly diagnosis for liver, not supported by lab tests, and not disclosing to Plaintiff. Which even so, still holds no relevance to the cause of action of the lawsuit.

The observed strategy: Use their falsified record throughout: no one make reference to Plaintiffs actual valid Medical Record evidence ever, watch Plaintiff file Motions

3

and hearings to build up the que, and run around trying to secure an Attorney, then shut her down.

## II.   CAUSE OF ACTION

Evidence will show "that the parties have sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by improperly influencing the trier or unfairly hampering the presentation of the Plaintiff's claim.'" constituting Fraud on the Court:

(1) CAUSE OF ACTION: The abusive conduct of parties involved caused the court not to perform in the usual manner its impartial task of adjudicating Plaintiff's case; the abusive discovery that undermined the integrity of the judicial process and influenced the decision of the court, constitutes fraud on the court.

(2) CAUSE OF ACTION: Abusive Discovery including expensive and time-consuming inundation with tons of motions and hearings. Evidence proves the requests were unduly burdensome and an abuse of discovery procedures, constitutes fraud on the court.

(3) CAUSE OF ACTION: Plaintiff's Attorney failing to make critical disclosures during discovery concerning medical records and treatment, critical omissions could make or break the Plaintiff's case, and did break, constitutes fraud on the court.

(4) CAUSE OF ACTION: Defendants Attorneys engaged in trickery when they secured medical records under false pretenses, constitutes fraud on the court.

(5) CAUSE OF ACTION: Attorney Rules of Candor Rule11, Defendants Attorneys neglected conducting a reasonable inquiry to determine that any papers filed with the court are well grounded in fact, legally tenable, and not interposed for any improper purpose, constitutes fraud on the court. (Hague-Atlas)

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(6) CAUSE OF ACTION: When Defendants Attorneys misrepresent or omit material facts to the court, or act on Athenix' Haefner and Fellow's perjury or distortion of evidence, his conduct may constitute fraud on the court. (Hague-Atlas)

(7) CAUSE OF ACTION: When Defendants Attorneys fails to correct a misrepresentation or retract false evidence submitted to the court, it may constitute fraud on the court. (Hague-Atlas)

(8) CAUSE OF ACTION: The fact that the case was not settled in arbitration, but brought to court and a Trial, as a tactic to avoid liability, constitutes fraud on the court.

(9) CAUSE OF ACTION: In one case the Ninth Circuit Court of Appeals held that the failure of a lawyer to disclose evidence during the discovery phase of the litigation constituted fraud upon the court.

(10) CAUSE OF ACTION: Advancing falsehoods during the discovery process is a form of fraud on the court.

(11) CAUSE OF ACTION: Discovery abuse includes trickery it may constitute fraud upon the court.

(12) CAUSE OF ACTION: Conspire to defraud a person, may constitute fraud on the court.

Courts have equitable power to entertain a party's action that seeks to set aside a judgement based upon fraud during the discovery process (16 Nev. L.J.707, Hague) Federal Rule of Civil Procedure 60(d)(3) states that nothing in Rule 60 limits a court's power to set aside a judgment for fraud on the court. The one-year limitations period for relief from judgment in Rule 60 does not apply to fraud on the court.

### III.  PARTIES

**Judge Theodore Howard,** Superior Court County of Orange County

CJC, C18 700 W Civic Center Dr, Santa Ana, CA 92701 (657) 622-5218

(1) Abuse of Process (2) Abuse of Discretion coupled with open Corruption on modified transcripts, Orders that do not match what was stated in Open Court (3) Ignore crime of battery, professional duty.

**Trial Judge Craig Griffin** Superior Court County of Orange County

NJC, N05 1275 North Berkeley Avenue Fullerton, CA 92832 (657) 622-5605

(1) Abuse of Process (2) Abuse of Discretion coupled with open Corruption on modified transcripts, Orders that do not match what was stated in Open Court (3) Ignore crime of battery, professional duty.

**Athenix Physicians Group Inc.'s James M. Haefner**

65 Enterprise, Suite 125 Aliso Viejo, CA 92656 (949) 600-9931

(1) Abusive Discovery (2) Bait and Switch: Medical Battery (3) Falsifying Medical Records (4) Forgery (5) Perjury.

**David Fellows, M.D.**

113 Waterworks Way, Suite 300 Irvine, CA 92618 (949) 203-2748

(1) Abusive Discovery (2) Bait and Switch: Medical Battery (3) Falsifying Medical Record (4) Forgery (5) Perjury.

**Poliquin & DeGrave: Attorney Mark Poliquin**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

22972 Mill Creek Drive Laguna Hills, CA 92653 (949) 716-8230

(1) Abusive Discovery (2) Declaration to Falsified Medical Records (3) Ignore Medical Battery, professional duty (4) HIPPA violations

**Poliquin & DeGrave: Attorney Elizabeth Flatley**

22972 Mill Creek Drive Laguna Hills, CA 92653 (949) 716-8230

(1) Abusive Discovery (2) Declaration to Falsified Medical records (3) Ignore Medical Battery, professional duty (4) HIPPA violations

**Attorney Trevor Loo:**

120 Newport Center Drive Newport Beach, CA 92660 (949) 269-3267

(1) Abusive Discovery (2) Trickery (3) Failing to make critical disclosures (4) Advancing falsehoods.

**Ahsan Rashid, M.D.:** Internal Medicine Associates of Sand Canyon

113 Waterworks Way, Suite 250 Irvine, CA 92618 (949)753-1522

(1) Falsified Hoag Medical Record (2) Perjury.